✎AO 245B    (Rev. 09/08) Judgment in a Criminal Case
            Sheet 1

# UNITED STATES DISTRICT COURT

__NORTHERN__  District of  __OKLAHOMA__

UNITED STATES OF AMERICA  **AMENDED JUDGMENT IN A CRIMINAL CASE**
**V.**

JUAN ROSALES GARZA  Case Number: 12-CR-030-006-JHP
a/k/a "Fernando"

USM Number: 22020-031

Larry Dean Wagener
Defendant's Attorney

**Date of Original Judgment:** March 28, 2013, Dkt. # 294
**(Or Date of Last Amended Judgment)**
**Reason for Amendment:** Correction of Sentence for Clerical Mistake as to USM No. (Fed. R. Crim. P. 36)

**THE DEFENDANT:**

[x] pleaded guilty to count   One and Two of the Information

[] pleaded nolo contendere to count(s)
   which was accepted by the court.

[] was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1594(c) | Conspiracy to Engage in Sex Trafficking by Force, Fraud, and Coercion | 1/12 | 1 |
| 18 U.S.C. § 1956(h) | Money Laundering | 3/12 | 2 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has been found not guilty on count(s)

[x] Counts   One, Three, and Five of the Second   [] is   [x] are   dismissed on the motion of the United States.
             and Third Superseding Indictments
             and Counts One, Two, and Four of
             the Fourth Superseding Indictment
             as to this defendant

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

March 11, 2013
Date of Imposition of Judgment

/s/ James H. Payne
James H. Payne
United States District Judge
Northern District of Oklahoma

April 10, 2013
Date

AO 245B    (Rev. 09/08) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page 2 of 5

DEFENDANT: Juan Rosales Garza
CASE NUMBER: 12-CR-030-006-JHP

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 135 months as to each of Counts One and Two. Said counts shall run concurrently, each with the other.

[ ] The court makes the following recommendations to the Bureau of Prisons:

[x] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
  [ ] at _____ [ ] a.m. [ ] p.m. on _____ .
  [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  [ ] before 12 noon on _____ .
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Case 4:12-cr-00030-JHP   Document 303 Filed in USDC ND/OK on 04/10/13   Page 2 of 5

DEFENDANT: Juan Rosales Garza
CASE NUMBER: 12-CR-030-006-JHP

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: None.

Judgment — Page 4 of 5

DEFENDANT: Juan Rosales Garza
CASE NUMBER: 12-CR-030-006-JHP

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 200 ($100 as to each of Counts One and Two of the Information) | $ N/A | $ 18,340 |

[ ] The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[x] The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  | $ 18,340 |  |
| **TOTALS** | $ 0 | $ 18,340 |  |

[ ] Restitution amount ordered pursuant to plea agreement $ _____

[x] The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   [ ] the interest requirement is waived for the    [ ] fine    [ ] restitution.

   [ ] the interest requirement for the    [ ] fine    [ ] restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B  (Rev. 09/08) Judgment in a Criminal Case
        Sheet 6 — Schedule of Payments

Judgment — Page  5  of  5

DEFENDANT:       Juan Rosales Garza
CASE NUMBER:     12-CR-030-006-JHP

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**  [x]  Lump sum payment of $ __18,540__ due immediately, balance due

   [] not later than _____ , or
   [] in accordance with  [] C,  [] D,  [] E, or  [] F below; or

**B**  []  Payment to begin immediately (may be combined with  [] C,  [] D, or  [] F below); or

**C**  []  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  []  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**  []  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  []  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[x]  Joint and Several

   Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

   Said restitution order is joint and several with any restitution ordered in the case of codefendants Gloria N. Giammalva, Case Number 12-CR-030-007-JHP, and $3,780 of the restitution is joint and several with Semaias Samuel Sanchez-Ajin, Case Number 12-CR-030-003-JHP except that no further payment shall be required after the sum of the amounts actually paid by all defendants has fully covered the compensable injury.

[]  The defendant shall pay the cost of prosecution.
[]  The defendant shall pay the following court cost(s):
[x] The defendant shall forfeit the defendant's interest in the following property to the United States:
    $600,000 is forfeited as directed in the Agreed Order For Entry of Joint and Several Forfeiture Money Judgement, Dkt. # 276.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.